UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 07-0138 |
| : | (GK) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendant, by and through counsel, pursuant to FRCP 6 (b)(1), respectfully moves this honorable Court for an extension of time, up to and including April 2, 2007, to file a response to Plaintiffs' Complaint, which is currently due on March 19, 2007. The undersigned counsel was away from the office from February 19 through March 7, 2007. Due to an over burdened schedule, the undersigned is unable to timely file a response. Plaintiffs consent to this motion and will not be prejudiced by this brief extension of time.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

March 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 07-0138 |
| : | (GK) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FRCP 12 (b) (1)

2. The inherent powers of the court.

3. Plaintiffs consent to this motion.

      Respectfully submitted,

      LINDA SINGER
      Acting Attorney General for the District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General, Civil Litigation Division

      /s/ Edward P. Taptich
      EDWARD P. TAPTICH [012914]
      Chief, Equity, Section 2

      /s/ Maria L. Merkowitz
      MARIA L. MERKOWITZ [312967]
      Senior Litigation Counsel
      441 4th Street, N.W.
      Sixth Floor North
      Washington, DC 20001
      (202) 442-9842
      FAX  -  (202) 727-3625
      E-mail – maria.merkowitz@dc.gov