IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Johnice Jackson et al
Plaintiff(s)

Case Number: 1:07CV00138 GK

vs

Government of the District of Columbia
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on February 26, 2007 at 4:15 PM, I executed service of process upon **GALE RIVERS, STAFF ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF ROBERT J. SPAGNOLETTI, ESQ. ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA** at 441 4th Street NW, 6th Floor, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Gale Rivers is described as a Black Female, approximately 5' 8" tall, 170-180 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 42 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 1, 2007.

Date March 1, 2007.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 1, 2007.

_Rosanna Settles_
My Commission Expires: 10-31-2011

Ref.# 75588