UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GOVERNMENT OF THE DISTRICT OF )<br>COLUMBIA )<br>A Municipal Corporation )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0138 (GK) |

### ERRATA

Comes now the Plaintiffs, by and through counsel, hereby notifies the Court that document number 4 was entered in error. The correct Affidavits of Service, served on the Defendant, were filed with this court as document number 5.

Respectfully submitted,

_____/s/_____
Paul S. Dalton, Esq. (Bar. No. 439118)
DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)

Counsel for Plaintiffs