UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHNICE JACKSON, et al. | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No. 07-0138 (GK) |
| DISTRICT OF COLUMBIA | : | |
| Defendants | : | |

**PLAINTIFF'S RULE 16.3 REPORT**

COME NOW the Plaintiffs, by counsel, and pursuant to Local Rule 16.3, file its Report.

The counsel for the parties conferred, but were unable to agree and therefore the parties will be filing separate reports. The Plaintiff's respectfully submit the following:

I.   **Statement of the case**

Plaintiffs brought this action in response to unpaid attorneys' fees by the District of Columbia Public Schools ("DCPS"). Each of the Plaintiffs were the prevailing parties at due process hearings held in accordance with the Individuals with Disabilities Education Act ("IDEA"), and as such sought payment of attorneys' fees, pursuant to IDEA, 20 U.S.C. § 1415(i)(3)(B). Invoices were submitted to DCPS in compliance with DCPS attorney fee provisions for payment of the Plaintiffs' attorneys' fees, but these invoices were not paid in full, and in some cases not paid at all.

II.   **Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1.   Based on the information available, the parties believe that this case can be decided by dispositive motion.

2.   The parties do not anticipate the need for joining parties or amending the

pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Plaintiff will file its Motion for Summary Judgment on or before May 15, 2007.

   b. The Defendant will file their Cross Motion for Summary Judgment and its Opposition on or before June 15, 2007.

   c. The Plaintiff will file its Opposition and Reply on or before July 16, 2007.

   d. Defendants will file their Reply on or before August 16, 2007.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

Respectfully submitted,

_____/s/_____
Paul Dalton[439118]
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
703.739.4300
Attorney for the Plaintiffs

Dated this 17th day of April 2007.