**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNICE JACKSON, <br>  <u>et</u> <u>al.</u>, <br><br>       Plaintiffs, <br><br>     v. <br><br>DISTRICT OF COLUMBIA, _____ <br><br>       Defendant. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 07-138 (GK) <br> : <br> : <br> : <br> : <br> : |

## <u>NOTICE</u>

An Initial Scheduling Conference was held in this case on April 19, 2007.  The Court notes that Defendant has filed a Motion to Dismiss the Complaint, which has been fully briefed and is under advisement at this time.



April 23, 2007

                  /s/
                  Gladys Kessler
                  United States District Judge


<u>Copies to</u>: **attorneys on record via ECF**