UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-0138 (GK) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' PRAECIPE**

COMES NOW, the Plaintiffs, by and through counsel, and file this Praecipe to update the Court. This Court convened an initial scheduling conference on April 19, 2007. At the scheduling conference, the Defendant argued that the current case is so similar to *Gray v D.C.*, Civ. No. 06-0144 (D.D.C.), March 12, 2007, that this Court should dismiss it. This Court agreed to review the pending Motion to Dismiss, Opposition thereto and Reply, prior to making a ruling as to whether this Court will stay this case pending the outcome of the *Gray* appeal, which has been docketed as case number 07-7061 in the United States Court of Appeals for the District of Columbia Circuit.

In order to clarify the issues at hand, the Plaintiffs hereby respectfully inform this Court that the pending case, while it may have similarities to *Gray*, also has similarities to *Bowman v. D.C.*, Civ. No. 06-016(RMU), which is still pending in the District Court. *Gray* addressed the Plaintiffs' claims for attorneys' fees that are over the fee cap. *Bowman* addressed the Plaintiffs' claims for attorneys' fees that are at or under the $4,000.00 fee cap. The instant case addresses claims for attorneys' fees that are both over the cap and under the cap. The Complaint breaks down which amounts the Defendant owes to Plaintiffs under the cap and over the cap. The

Plaintiffs' are seeking fees owed in the amount of **$ 65,256.00** under the cap and **$ 174,776.60** over the cap.  *See* Complaint at 58-60.  For the reasons set forth in the Plaintiffs' Opposition to the Defendant's Motion to Dismiss, the Plaintiffs believe that this Court has the authority to award fees to the Plaintiffs both under and over the cap.  However, should this Court decide to stay the issue of the fees over the cap pending the outcome of the *Gray* appeal, this Court is still able to hear the issues regarding the fees owed to the Plaintiffs under the fee cap.

Additionally, the Plaintiffs hereby respectfully inform this Court that they are filing a Motion for Leave to Amend the Complaint based on the position of the Defendant revealed for the first time at the April 19, 2007 scheduling conference.  *See* Plaintiffs' Motion for Leave to File an Amended Complaint (to be subsequently filed).


DATE: April 23, 2007                    Respectfully submitted,
                                        Counsel for Plaintiffs


                                        _____/s/_____
                                        Paul S. Dalton, Esq. (Bar. No. 439118)
                                        DALTON, DALTON & HOUSTON, P.C.

                                        _____/s/_____
                                        Ellen Douglass Dalton, Esq. (Bar. No. 411612)
                                        DALTON, DALTON & HOUSTON, P.C.

                                        _____/s/_____
                                        William E. Houston, Esq. (Bar. No. 450223)
                                        DALTON, DALTON & HOUSTON, P.C.

                                        1008 Pendleton Street
                                        Alexandria, VA 22314
                                        (703) 739-4300
                                        (703)-739-2323 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 23rd day of April, 2007.

_____/s/_____
PAUL S. DALTON, Esq.
Counsel for the Plaintiffs