UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHNICE JACKSON, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 07-0138 |
| | : | (GK) |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |

……………………………………………………….

## NOTICE OF FILING

Defendant, District of Columbia, herewith submits a copy of an Order issued by the United States Court of Appeals for the District of Columbia Circuit, in <u>Gray v. District of Columbia</u>, No. 07-7061 (Aug. 2, 2007).  This Order relates to this Court's earlier determination, made at an Initial Scheduling Conference on April 19, 2007, upon learning that issues presented in the above captioned case are virtually identical to those presented in <u>Gray</u>, to hold defendant's Motion to Dismiss under advisement.[1]

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        <u>/s/ Edward P. Taptich</u>
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

---

[1] The Court denied defendant's Motion to Dismiss as moot on June 13, 2007, after defendant filed a Motion to Dismiss Amended Complaint on June 4, 2007.  Many of the issues presented in plaintiffs' Amended Complaint are identical to those presented in <u>Gray</u>.

                      /s/ Maria L. Merkowitz
                      MARIA L. MERKOWITZ [312967]
                      Senior Litigation Counsel
                      441 4th Street, N.W.,   Sixth Floor South
                      Washington, DC 20001
                      (202) 442-9842
                      E-mail – maria.merkowitz@dc.gov

August 9, 2007

# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7061**  **September Term, 2006**

06cv00144

Filed On:

Barbara Gray, as next friend of minor child, D.E., et al.,
  Appellants

v.

District of Columbia Government,
  Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  AUG X 2 2007

CLERK

**BEFORE:** Randolph, Garland, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motion for summary affirmance, the response thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellants challenge the validity of section 327 of the District of Columbia Appropriations Act of 2005, Pub L. No. 108-335, 118 Stat. 1322, 1344 (2004), capping at $4000 the amount of attorneys' fees that the District of Columbia is authorized to pay. Appellants urge the court to reverse a consistent body of case law striking down challenges to the fee cap, because many changes have occurred with respect to litigation under the IDEA and because, they contend, Congress's intent in imposing the cap has not been realized. Those changes and that contention do not alter the constitutionality of the fee cap. The district court properly dismissed their action for failure to state a claim. See Calloway v. D.C., 216 F.3d 1 (D.C. Cir. 2000); see also Whately v. D.C., 447 F.3d 814, 820 (D.C. Cir. 2006); Kaseman v. D.C., 444 F.3d 637, 642 (D.C. Cir. 2006).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**