CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHNICE JACKSON, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Civil Case Number 07-0138 (RMU) |
| | ) | |
| v. | ) | |
| | ) | Category    L |
| DISTRICT OF COLUMBIA | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 31, 2007</u> from <u>Judge Gladys Kessler</u>

to <u>Judge Ricardo M. Urbina</u> by direction of the Calendar Committee.

(Reassigned as related to 06cv0144)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Kessler</u> & Courtroom Deputy
<u>Judge Urbina</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk✓