## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JOHNICE JACKSON *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-0138 (RMU) |
| | : | | |
| v. | : | Document No.: | 20 |
| | : | | |
| DISTRICT OF COLUMBIA, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

**GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S MOTION TO DISMISS**

For the reasons stated in the accompanying Memorandum Opinion, it is this 20th day of March, 2008,

**ORDERED** that the defendant's motion to dismiss is **GRANTED in part** and **DENIED in part**.

**SO ORDERED**.

                                                        RICARDO M. URBINA
                                                     United States District Judge