UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNICE JACKSON, et al.** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | Civil Action No. 07-0138 (RMU) |
| : | |
| **DISTRICT OF COLUMBIA** : | |
| : | |
| **Defendants** : | |
| : | |

### PLAINTIFFS REPORT

COME NOW, numerous Plaintiffs, pursuant to the Court's order of March 26, 2008, unable after several attempts, to file a joint report, files this report stating Plaintiffs position.

The Court's Order of March 26, 2008, requested the parties to address the impact of the court's March 20, 2008, Memorandum. Inasmuch as counsel for the respective parties hold completely different views with regard to this matter a joint report was not possible. Counsel for the Defendant view is that a new round of briefing is required as a result of the Court's March 20, 2008, Memorandum. Counsel for the Plaintiffs view is that as a result of the Court's March 20, 2008, Memorandum, Plaintiffs should file their fee petitions and supportive documentation for the Court's review and that counsel for the Defendant should have the opportunity to file objections.

Based on the above, counsel for the Plaintiff's propose the following schedule:

By April 25, 2008, Plaintiffs will file their attorney fee petitions and supportive documentation. Defendant shall then have until May 25, 2008, to file any objections.

Dated this 11th day of April 2008.

                                        Respectfully Submitted,

                                        _____/s/_____

Paul Dalton[439118]
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
703.739.4300
Attorney for the Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 11th day of April, 2008.

_____/s/_____
PAUL S. DALTON, Esq.
Counsel for the Plaintiffs