UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Civil Action No. 07-0138 (RMU) |
| : | |
| DISTRICT OF COLUMBIA : | |
| : | |
| Defendant. : | |
| : | |

**DEFENDANT'S STATUS REPORT**

On March 26, 2008, this honorable Court issued an Order directing the parties to file a joint status report addressing the impact of the court's March 20, 2008, Memorandum Opinion on further proceedings before this court.[1] Comes now defendant District of Columbia[2] and states as follows:

The above captioned case, while filed as a Complaint and Amended Complaint, is nothing more than a petition for attorneys' fees pursuant to the Individuals with Disabilities Education Improvement Act of 2004, ("IDEIA"), 20 U.S.C. Sections 1400 *et seq*. As such, in order to recover any attorneys' fees plaintiffs believe are owed them they need to file what in substance is an Attorneys' Fee Petition, asserting the amount they are allegedly owed, as well as the basis for their belief that they are owed fees. Plaintiffs further, need to append to their motion contemporaneous time records, the administrative decisions they allege make them prevailing parties under the IDEIA entitling them to attorneys' fees, and evidence that their fees are reasonable.

---

[1] In the March 20, 2008, Memorandum Opinion the Court dismissed the first two counts of the amended complaint (Opinion at 5), and dismissed the claims of 30 plaintiffs requesting attorneys' fees above the statutory fee cap. (*Id*. At footnote 3)

[2] The undersigned counsel made numerous attempts to have plaintiffs file a Joint Report, but plaintiffs were adamant that the parties should file separate reports. The undersigned can submit documentation verifying the efforts made my defendant to have plaintiffs file a joint report, should the court so desire.

Once plaintiffs file their motion for attorneys' fees, the defendant must either file an opposition to plaintiffs' motion or agree with plaintiffs' position. Accordingly, this court should issue a scheduling order directing plaintiffs to file its petition, setting the date when defendant's opposition is due, and when plaintiffs' reply must be filed.

Defendant proposes the following schedule which had been agreed to earlier by plaintiffs.

May 19, 2008 – Plaintiffs will file their motion for attorneys' fees.

June 23, 2008 – Defendant will its' opposition.

July 10, 2008 – Plaintiffs will file their reply to Defendant's opposition.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

 /s/ Maria Merkowitz
MARIA MERKOWITZ, [312967]
Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email–maria.merkowitz@dc.gov

April 14, 2008