UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al. | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : Civil Action No. 07-0138 (RMU) |
| | : |
| DISTRICT OF COLUMBIA | : |
| | : |
| Defendant. | : |

## JOINT STATUS REPORT

Pursuant to this honorable Court issuance of a Minute Order dated April 14, 2008, come now the parties and state as follows:

The Parties propose the following schedule.

May 19, 2008 – Plaintiffs will file their motion for attorneys' fees.

June 23, 2008 – Defendant will file its' opposition.

July 10, 2008 – Plaintiffs will file their reply to Defendant's opposition.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

/s/ Maria Merkowitz
MARIA MERKOWITZ, [312967]
Assistant Attorney General
Equity Division

        441 4th Street, N.W., 6S  
        Washington, D.C. 20001  
        (202)442-9842  
        Fax – (202) 727-3625  
        Email–maria.merkowitz@dc.gov


        <u>/s/ Paul S. Dalton</u>  
        PAUL S. DALTON, [439118]  
        Dalton & Dalton, P.C.  
        1008 Pendleton Street  
        Alexandria, Virginia, 22314  
        (703)739-4300  
        Fax – (703)739-2323  
        Email- p.dalton@daltonlaw.com  
        Counsel for Plaintiffs


April 14, 2008