REFERRAL TO MAGISTRATE JUDGE

CATEGORY:   "L"

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | Civil Rights of Handicapped Child | | | |
|---|---|---|---|---|
| CASE NO:<br>C.A. 07-0138 | DATE REFERRED:<br>April 14, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>Ricardo M. Urbina | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF(S):<br>Janice Jackson, as next friend of the minor child, A.T. | | DEFENDANT(S):<br>Government of the District of Columbia, Et Al. | | |

ENTRIES: