UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 07-0138 |
| : | (RMU) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

**DEFENDANT'S MOTION FOR AN EXTENSION
OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' PETITION FOR
ATTORNEYS' FEES**

Defendant, by counsel, pursuant to FRCP 6 (b)(1), respectfully moves this honorable Court for an extension of time, up to and including 30 days after this Court accepts Magistrate Judge Alan Kay's decision determining whether the above captioned case has been settled or not, in which to respond to plaintiffs' Petition for Attorneys' Fees.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

May 20, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNICE JACKSON, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.   : | Civil Action No. 07-0138 |
| : | (RMU) |
| DISTRICT OF COLUMBIA, : | |
| : | |
| Defendant. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

On April 14, 2008, this honorable Court referred the above captioned matter to Magistrate Judge Alan Kay for settlement of an attorney fee dispute under the Individuals With Disabilities Improvement Act of 2004 ("IDEIA"), 20 U.S.C. Sec. 1400, *et seq*. <u>A date for a settlement conference has been scheduled</u>.

On May 19, 2008, plaintiffs filed a Petition for Attorneys' Fees, a filing which appears inconsistent with the Court's order referring the case to mediation. As a result of plaintiffs' filing, plaintiffs are in essence proposing a parallel track, one in which the Court will needlessly spend time determining the merits of the petition, and the other where a magistrate judge will try to bring closure to the case through a settlement. Accordingly, defendant moves this court for an extension of time of 30 days after this Court accepts Magistrate Judge Alan Kay's decision determining whether the above captioned case has been settled or not, in which to respond to plaintiffs' Petition for Attorneys' Fees.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625
E-mail – maria.merkowitz@dc.gov

CERTIFICATE PURSUANT TO LOCAL RULE 7(M)

On May 20, 2008 the undersigned counsel contacted plaintiffs' attorney Paul Dalton concerning the enlargement requested herein, but plaintiffs' counsel did not consent.

s/Maria L. Merkowitz
Maria L. Merkowitz  [312967]

May 21, 2008

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-0138 |
| | : (RMU) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time, and the entire record herein, it is this _____ day of _____ 2008, hereby

ORDERED, that Defendant's Motion is GRANTED.

_____

Judge Richard M. Urbina