REFERRAL TO MAGISTRATE JUDGE

CATEGORY:    "L"

Co 299 (Revised-DC 03/00)

CAUSE OF ACTION:    Civil Rights of Handicapped Child

| CASE NO:<br><br>C.A. 07-0138 | DATE REFERRED:<br><br>5/20/2008<br><br>DISPOSITION DATE: | PURPOSE:<br><br>Motion [32] for Attorneys' Fees by All Plaintiff | JUDGE:<br><br>RICARDO M. URBINA | MAG. JUDGE<br><br>JOHN M. FACCIOLA |
|---|---|---|---|---|

| PLAINTIFF (S) :<br><br>JANICE JACKSON, as Next FGriend of the Minor Child A.T., Et Al. | DEFENDANT(S):<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA |
|---|---|

ENTRIES: