**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNICE JACKSON, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 07-0138 (RMU/AK/JF) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

      The Clerk of the Court will please enter the appearance of Assistant Attorney

General Juliane T. DeMarco and withdraw the appearance of Senior Assistant Attorney

General Maria L. Merkowitz on behalf of the Defendant District of Columbia in the

above-captioned case.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                **/s/ Edward P. Taptich**
                EDWARD P. TAPTICH [#012914]
                Chief, Equity Section 2

                **/s/ Juliane T. DeMarco**
                JULIANE T. DEMARCO [#490872]
                Assistant Attorney General
                441 Fourth Street, N.W., Sixth Floor
                Washington, D.C. 20001
                (202) 724-6614
                (202) 741-0575 (fax)
July 2, 2008           E-mail: Juliane.DeMarco@dc.gov