UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-0138 (AK) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT**

COMES NOW, Plaintiffs, by and through undersigned counsel, and respectfully request an extension of time, up to and including August 25, 2008, to file a Reply to Defendant's Answer to Plaintiffs' Complaint, which is currently due July 25, 2008.  This deadline was originally set by the Court, but subsequently Defendant was granted an extension of time by which to file a response to Plaintiffs' Complaint.  Defendant was granted up to thirty (30) days after the July 2, 2008 Settlement Conference to file its Answer.  Accordingly, Plaintiffs request an extension that would give Plaintiffs adequate time to respond to Defendant's Answer.  Defendant has consented to the requested extension and will not be prejudiced by this brief extension of time.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court GRANT the instant Motion and extend the time by which Plaintiffs must file their Reply to Defendant's Answer to August 25, 2008.

DATE: July 9, 2008                                  Respectfully submitted,

                                                   _____/s/_____

                                                   Ellen Douglass Dalton, Esq. (Bar. No. 411612)
                                                   DALTON & DALTON, P.C.
                                                   1008 Pendleton Street
                                                   Alexandria, VA 22314
                                                   (703) 739-4300
                                                   (703)-739-2323 (fax)
                                                   Counsel for Plaintiffs


## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 9th day of July, 2008


                                                   _____/s/_____
                                                   Ellen Douglass Dalton, Esq.
                                                   Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>Defendant. ) | Civil Action No. 07-0138 (AK) |

### ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Reply to Defendant's Answer to Plaintiff's Complaint, it is hereby:

ORDERED, that the Plaintiff's Consent Motion is GRANTED; and further

ORDERED, that Plaintiff's Reply to Defendant's Answer is due on or before August 25, 2008.

SO ORDERED.


Date:_____           _____
                                Judge Alan Kay
                                United States District Court
                                District of Columbia