UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al.       )<br>                                                       )<br>          Plaintiffs,                     )<br>                                                       )          Civil Action No. 07-0138 (JMF)<br>v.                                                  )<br>                                                       )<br>DISTRICT OF COLUMBIA       )<br>                                                       )<br>          Defendant.                    ) | |

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' PETITION FOR ATTORNEYS' FEES**

COMES NOW, Plaintiffs, by and through undersigned counsel, and respectfully request an extension of time, up to and including August 25, 2008, to file a Reply to Defendant's Opposition to Plaintiffs' Petition for Attorneys' Fees, which is currently due July 25, 2008. This deadline was originally set by the Court, but subsequently Defendant was granted an extension of time by which to file a response to Plaintiffs' Petition for Attorney's Fees. Defendant was granted up to thirty (30) days after the July 2, 2008 Settlement Conference to file its Opposition and in fact filed its Opposition on July 31, 2008. Accordingly, Plaintiffs request an extension that would give Plaintiffs adequate time to respond to Defendant's Opposition. Defendant has consented to the requested extension and will not be prejudiced by this brief extension of time.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court GRANT the instant Motion and extend the time by which Plaintiffs must file their Reply to Defendant's Opposition to August 25, 2008.

DATE: August 8, 2008                    Respectfully submitted,

_____/s/_____

Ellen Douglass Dalton, Esq. (Bar. No. 411612)
DALTON & DALTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)
Counsel for Plaintiffs


### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 8th day of August, 2008

_____/s/_____
Ellen Douglass Dalton, Esq.
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al.           )<br>                                                        )<br>           Plaintiffs,              )<br>                                                        )     Civil Action No. 07-0138 (JMF)<br>v.                                                   )<br>                                                        )<br>DISTRICT OF COLUMBIA       )<br>                                                        )<br>           Defendant.              ) | |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Reply to Defendant's Opposition to Plaintiff's Petition for Attorneys' Fees, it is hereby:

ORDERED, that the Plaintiff's Consent Motion is GRANTED; and further

ORDERED, that Plaintiff's Reply to Defendant's Opposition is due on or before August 25, 2008.

SO ORDERED.


Date:_____          _____
                                                        Judge John M. Facciola
                                                        United States District Court
                                                        District of Columbia