**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHNICE JACKSON, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 07-0138 (JMF) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| | ) | |
| Defendant. | ) | |

**ERRATA**

COMES NOW, Plaintiffs, by and through undersigned counsel, and hereby notifies this

Court that document number 38 was entered in error.  The correct Motion for Extension of Time,

served on Defendant, has been filed with this Court as document number 40.

Respectfully submitted,


_____/s/_____
Ellen Douglass Dalton, Esq. (Bar. No. 411612)
DALTON & DALTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)
Counsel for Plaintiffs