UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al. )<br> )<br>  Plaintiffs, )<br> )<br>v. )<br> )<br>DISTRICT OF COLUMBIA )<br> )<br>  Defendant. ) | Civil Action No. 07-0138 (JMF) |

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' PETITION FOR ATTORNEYS' FEES**

COMES NOW, Plaintiffs, by and through undersigned counsel, and respectfully request an extension of time, up to and including August 25, 2008, to file a Reply to Defendant's Opposition to Plaintiffs' Petition for Attorneys' Fees, which is currently due July 25, 2008. This deadline was originally set by the Court, but subsequently Defendant was granted an extension of time by which to file a response to Plaintiffs' Petition for Attorney's Fees. Defendant was granted up to thirty (30) days after the July 2, 2008 Settlement Conference to file its Opposition and in fact filed its Opposition on July 31, 2008. Accordingly, Plaintiffs request an extension that would give Plaintiffs adequate time to respond to Defendant's Opposition. Defendant has consented to the requested extension and will not be prejudiced by this brief extension of time.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court GRANT the instant Motion and extend the time by which Plaintiffs must file their Reply to Defendant's Opposition to August 25, 2008.

DATE: August 20, 2008                    Respectfully submitted,

                                                                   _____/s/_____

Paul Dalton, Esq.(Bar No. 439118)
DALTON & DALTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 20th day of August, 2008

                                                          _____/s/_____
                                                          Paul Dalton, Esq.
                                                          Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNICE JACKSON, et al. )<br>)<br>Plaintiffs, )<br>) | Civil Action No. 07-0138 (JMF) |
| v. )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>Defendant. ) | |

### **ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Reply to Defendant's Opposition to Plaintiff's Petition for Attorneys' Fees, it is hereby:

ORDERED, that the Plaintiff's Consent Motion is GRANTED; and further

ORDERED, that Plaintiff's Reply to Defendant's Opposition is due on or before August 25, 2008.

SO ORDERED.


Date:_____                    _____
                                          Judge John M. Facciola
                                          United States District Court
                                          District of Columbia